# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2024-3404
LT Case No. 42-2024-MM-8064-A

_____

JUAN ANTHONY RODRIGUEZ,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the County Court for Marion County.
Thomas P. Thompson, III, Judge.

Matthew J. Metz, Public Defender, and Brian Hyer, Assistant
Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for Appellee.

January 13, 2026

PER CURIAM.

　　AFFIRMED.

JAY, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____